Opinion filed April 30,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                    Nos. 11-11-00362-CR & 11-11-00363-CR

                                                    __________

 

                             RANDALL
CRAIG PHILEN, Appellant  

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                    On
Appeal from the 35th District Court

                                                           Brown
County, Texas

                                       Trial Court Cause
Nos. CR20572 & CR20751 

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Randall
Craig Philen has filed in this court a motion to withdraw his notices of appeal
and dismiss his appeals.  Pursuant to Tex.
R. App. P. 42.2, the motion is signed by both appellant and his counsel.

The
motion is granted.  Appellant’s notices of appeal are withdrawn, and the appeals
are dismissed.

 

April 30, 2012                                                                                     PER
CURIAM

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.